# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

*FILED*
08 JAN 28 PM 1:51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GARY ERVIN

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 08 0299 PJH

v.

JUDICIAL COUNCIL OF CA;
CHMN. RONALD GEORGE

TO: (Name and address of defendant)

JUDICIAL COUNCIL OF CA  &  CHMN. RONALD GEORGE
ADMINISTRATIVE OFFICE OF THE COURTS
455 GOLDEN GATE AVENUE
SANFRANCISCO, CA 94102-3688
Phone: 415-865-4200

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GARY ERVIN
4977 HILLHURST DRIVE
FAIR OAKS, CA 95628
Phone: 916-962-2837

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

JAN 16 2008
DATE

(BY) DEPUTY CLERK
**ANNA SPRINKLES**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| Gary Ervin<br>4977 Hillhurst Dr.<br>Fair Oaks, CA 95628 | (916) 962-2837<br>FAX | |
| ATTORNEY FOR (Name): **IN PROPRIA PERSONA** | | |

**U.S. District Court-Northern California**
STREET ADDRESS: 450 Golden Gate Ave., 16th Fl
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF: **Gary Ervin**
DEFENDANT: **Judicial Council of CA  CHMN. Ronald Geo**

| PROOF OF SERVICE | FILE NUMBER<br>2008349712 | COURT CASE NUMBER<br>PJHCV080299 |
|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   f. other (specify documents):   **Summons & Complaint, Order Setting Initial CMC & ADR Deadlines**

3. a. Party served:   **Judicial Council of CA & Chmn Ronald George**
   b. Person (other than the party in item 3a) served on behalf of the entity or as an authorized agent (and not a person under item 5b on whom substituted service was made): **Ayanna Case**

4. Address where party was served:   **455 Golden Gate Avenue|Admin. Office of the Courts**
   **San Francisco, CA 94102-3688**

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1)on: 1/22/2008 (2)at: 11:30 AM.

7. Person who served papers:
   a. Name: **Dep. Richard Robison #719**
   b. Address: **San Francisco Sheriff  Civil Section 1 Dr. Carlton B. Goodlett PL Rm 456  Civil Divison San Francisco, CA 94102**
   c. Telephone number: **(415) 554-7235**
   d. The fee for service was: **$30.00**

9. I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: January 22, 2008

Sheriff's Authorized Agent
Michael Hennessey, Sheriff

Hearing: **<No Information>**
Remarks: **I personally served Ayanna Case.**

Judicial Council form POS-010                                Original                                           161474