EDMUND G. BROWN JR.
Attorney General of the State of California
TOM BLAKE
Deputy Attorney General
State Bar No. 51885
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-3664
  Telephone: (415) 703-5506
  Fax: (415) 703-5480
  Email: tom.blake@doj.ca.gov

Attorneys for Defendants Judicial Council of
California and Chief Justice Ronald George

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GARY ERVIN,<br><br>                         Plaintiff,<br><br>v.<br><br>JUDICIAL COUNCIL OF CA; CHMN.<br>RONALD GEORGE,<br><br>                        Defendants. | CV08 0299 PJH<br><br>**NOTICE OF POSSIBLE RELATED CASES**<br>[Civil L. R. 3-12] |

    PLEASE TAKE NOTICE that, as more fully set out in the Motion to Dismiss, three other cases in this Court appear to be related within the meaning of Civil Local Rule 3-12:

- 4:04-cv-03754-CW *Ervin v. Virga et al.*, filed 09/07/04, closed 10/25/04 on defendants' motion to transfer to the United States District Court for the Eastern District of California; and

- 3:04-cv-04952-MJJ, *Ervin v. Judicial Council of California et al.*, filed 11/22/04, closed 02/07/05 on defendants' motion to transfer to the Eastern District of California, where it was numbered 2:05-cv-00269-LKK-GGH (PS), dismissed on defendants' motion, and is now on appeal (see infra) ; and

- 4:06-cv-07479-CW *Ervin v. Judicial Council of California et al.*, filed 12/06/06, dismissed on defendants' motion on 05/18/07.

Notice of Possible Related Cases [Civil L.R. 3-12]                                Case No. CV08 0299 PJH

This notice is filed in compliance with Civil Local Rule 3-12; no action is requested by this Notice.

Dated: February 11, 2008

Respectfully submitted,

/s/ Tom Blake

TOM BLAKE
Deputy Attorney General

Attorneys for Defendants Judicial Council of California and Chief Justice Ronald George

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **ERVIN, Gary v. Judicial Council of California, et al.**

No.:    **C 08-0299-PJH**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>February 11, 2008,</u> I served the attached NOTICE OF POSSIBLE RELATED CASES by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Gary Ervin
4977 Hillhurst Drive
Fair Oaks, CA 95628

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 11, 2008, at San Francisco, California.

|  Lorraine Smith  |  /s/ Lorraine Smith  |
| :---: | :---: |
| Declarant | Signature |

40217123.wpd