EDMUND G. BROWN JR.
Attorney General of the State of California
TOM BLAKE
Deputy Attorney General
State Bar No. 51885
   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-3664
   Telephone: (415) 703-5506
   Fax: (415) 703-5480
   Email: tom.blake@doj.ca.gov

Attorneys for Defendants Judicial Council of
California and Chief Justice Ronald George

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **GARY ERVIN,**<br><br>                             Plaintiff,<br><br>    v.<br><br>**JUDICIAL COUNCIL OF CA; CHMN. RONALD GEORGE,**<br><br>                            Defendants. | CV08 0299 PJH<br><br>**[Proposed] ORDER DISMISSING CASE**<br>**[ Rule 12(b)F.R.C.P.]** |

    The Court having read and considered the moving papers and having read and considered the complaint and such other papers as were filed by plaintiff,

    FOR GOOD CAUSE SHOWN as set out in the moving papers, the Court hereby orders:

    1. That the Complaint and each claim for relief alleged therein be dismissed, and

    2. That judgment be entered against Plaintiff Michel S. White and in favor of defendants.

IT IS SO ORDERED.

February _____, 2008

                                                                                  PHYLLIS J. HAMILTON
                                                                                  United States District Judge

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   ERVIN, Gary v. Judicial Council of California, et al.

No.:   C 08-0299-PJH

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On February 11, 2008, I served the attached [PROPOSED] ORDER DISMISSING CASE by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Gary Ervin
4977 Hillhurst Drive
Fair Oaks, CA 95628

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 11, 2008, at San Francisco, California.


| Lorraine Smith | /s/ Lorraine Smith |
|:---:|:---:|
| Declarant | Signature |

40217123.wpd