United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY ERVIN,

      Plaintiff,

      v.

JUDICIAL COUNCIL OF CALIFORNIA, et al.,

      Defendants.
_____/

No. C 08-0299 PJH

**ORDER CONTINUING HEARING DATE**

      On February 11, 2008, defendants filed a motion to dismiss the above-entitled action, noticing the hearing for April 16, 2008. Under the Local Rules of this court, plaintiff's opposition was due no later than March 26, 2008. On April 1, 2008, the court received plaintiff's opposition, which included a request for an extension of the filing deadline, on the ground that plaintiff's medication caused him to become drowsy, which "led to mistaking the Sacramento Court local rule for opposing a motion was also that of the San Francisco Court."

      Although this excuse would not be sufficient were Mr. Ervin an attorney, the court will grant the request because of Mr. Ervin's status as a pro se plaintiff. However, the court also finds that the hearing date should be continued, to allow defendant sufficient time to reply to the opposition.

      Accordingly, the date for the hearing on this motion, previously set for Wednesday,

April 16, 2008, is CONTINUED to Wednesday, April 23, 2008, at 9:00 p.m.  Defendant's reply shall be filed no later than April 9, 2008.

**IT IS SO ORDERED.**

Dated:  April 1, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GARY ERVIN,

        Plaintiff,

  v.

JUDICIAL COUNCIL OF CA. et al,

        Defendant.
_____/

Case Number: CV08-00299 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gary Ervin
4977 Hillhurst Drive
Fair Oaks, CA 95628

Dated: April 1, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk