FILED

APR 0 1 2008



1  GARY ERVIN
   4977 Hillhurst Drive
2  Fair Oaks, CA 95628
3  Tel: (916) 962-2837

4  Plaintiff
5  Pro Personam

ORIGINAL

6

7              UNITED STATES DISTRICT COURT
8              NORTHERN DISTRICT OF CALIFORNIA
9              SAN FRANCISCO DIVISION
10

11
   GARY ERVIN,                    CASE NUMBER: CV-08-0299-PJH
12
              Plaintiff,          OPPOSITION TO MOTION TO DISMISS:
13                                  --- REQUEST FOR RELIEF FROM FILING MISTAKE
   -VS-                                 & EXCUSABLE NEGLECT
14
   JUDICIAL COUNCIL OF CA,          --- MEMORANDUM OF POINTS & AUTHORITIES IN
15 CHMN. RONALD GEORGE,                 OPPOSITION TO MOTION TO DISMISS
16
              Defendants.         DATE: April 16th, 2008
17                         /      TIME: 9:00 A.M.
18                                DEPT: Courtroom 3 (17th Floor)

19

20            REQUEST FOR RELIEF FROM FILING
              MISTAKE & EXCUSABLE INADVERTENCE
21

22    Disabled plaintiff GARY ERVIN requests relief from late filing mistake and excusable inadvertence.

23 Plaintiff had several recent medication prescription changes for heart condition which caused some
24
   drowsiness. This led to mistaking that the Sacramento Court local rule for opposing a motion was also
25

26

27                                                                      Page ONE

that of the San Francisco Court. Sacramento local rule #78-230 specifies 28 days motion notice, 14 days for opposition, and 5 days for reply. San Francisco local rules #7, et seq. specify 35 days motion notice, 21 days for opposition, and 14 days for reply. Plaintiff apologizes for this mistake and asks to be relieved of this excusable inadvertence.

Respectfully requested,

DATED: MARCH 28th, 2008

_____
GARY ERVIN

MEMORANDUM OF POINTS & AUTHORITIES
IN OPPOSITION TO MOTION TO DISMISS

Background of Facts and Issues

For purposes of this motion the facts alleged in the complaint only for equitable relief (injunctive and declarative) are treated as true and established. It is alleged that suit is brought against the Judicial Council of CA as a public entity under Americans With Disabilities Act Title II, 42 USC 12131, et seq. It is further alleged that suit is brought against Judicial Council Chairman Ronald George only in his administrative capacity under 42 USC 1983 (as prescribed by the "Wolfe Cases" discussed below).

Defendants' Memo of P&A Arguments Nos. 1,2,3,4,&6 are overruled by the "Wolfe Cases" discussed below. Defendants' Memo of P&A Argument No. 5 is mooted by the "Wolfe Cases" discussed below.

1   Defendants' EXHIBIT B and Notice of Related Cases combined are without chronological order and
2   therefore confusing to the Court. All cases relate to either of two orderly appeals at the Ninth Circuit.
3
4   None of these ADA cases are frivolous. Plaintiff will show the logical order in these cases as discussed
5   below.
6
7   Defendants' EXHIBITS A & C demonstrate State judge abuse through the use of mandatory Judicial
8   Council Prefiling Order form #MC-700 in conjunction with CA Code of Civil Procedure Sec. 391(b)(3).
9   Plaintiff was assigned to and caught in a vexatious litigant mill as discussed below. The most recent CA
10  appellate case re "vexatious litigant" MORTON -VS- WAGNER has dramatically exposed the startup of
11
12  vexatious litigant mills in the CA courts as discussed below. The most recent CA appellate case re "CA
13  state court discriminatory denial of court accommodations for the disabled" In Re Marriage of JAMES &
14  CHRISTINE C. has dramatically exposed the startup of extreme vexatious litigant mill abuse of the
15
16  disabled who seek accommodations in the CA courts as discussed below. To summarize, disabled
17  plaintiff was assigned to and caught in a vexatious litigant mill that abused not only pro se litigants but
18  also abused disabled pro se litigants as discussed below. Defendants have enabled these abuses as
19
20  discussed below and in the complaint. Therefore plaintiff's ADA Title II action against Judicial Council
21  and 1983 action against Chmn. Ronald George in his administrative capacity are appropriate and
22  necessary as discussed below.
23  ////
24
25  ////
26
27
Page Three

## WOLFE -VS- GEORGE Cases

The WOLFE -VS- GEORGE cases fully enable plaintiff's action against Judicial Council Chairman Ronald George in his administrative capacity. WOLFE -VS- STRANKMAN, RONALD M. GEORGE, Et Al., 392 F.3d 358 (9th Cir. 2004) specifically permitted 42 USC 1983 action re vexatious litigant law against Chmn. George in his administrative capacity. Herein defense attorney TOM BLAKE represented Chmn. George in the underlying case WOLFE -VS- RONALD M. GEORGE, Et Al., 385 F.Supp.2d 1004 (N.D. Cal. 2005). The District Court case upheld the general constitutionality of CA vexatious litigant law but allowed for constitutional challenge re Supremacy Clause if that law conflicted with federal statute. Plaintiff and the Court can only wonder in amazement as to why herein attorney TOM BLAKE has not thus far shared his knowledge of Ninth Circuit law from the WOLFE cases with us in his moving papers.

### All of Defendants' EXHIBIT B & Related Cases Underlie The Two Ninth Circuit Appeals Re The Americans With Disabilities Act

In the Ninth Circuit USCA currently is Ervin -VS- Judicial Council, et al., #CV-05-00269-LKK fully briefed re ADA Title II and awaiting oral argument (copy of case summary attached hereto as EXHIBIT I). Also in the Ninth Circuit USCA was Ervin -VS- Farmers, et al., #CV-05-00701-MCE-DAD terminated by memorandum disposition 2/27/07 which was very respectful to plaintiff and his ADA Title III issue (copy of case summary also attached hereto as EXHIBIT I). All cases otherwise cited by defendants in EXH. B & Related Cases Notice underlie these two appeals. The primary significance of the ADA Title II cause and the ADA Title III cause is that there was State retaliation by vexatious litigant

Page Four

law against plaintiff for bringing the causes under the Americans With Disabilities Act as proscribed by 42 USC 12203 and 42 USC 1983 re Supremacy Clause.

### Vexatious Litigant Mills And Abuse Of Disabled Pro Se Litigants

In the most recent CA appellate case re "vexatious litigant" MORTON -VS- WAGNER (2007) 156 C.A.4th 963, a Monterey Superior Court judge with almost no evidence whatsoever used a mandatory Judicial Council Prefiling Order form #MC-700 in conjunction with CA Code of Civil Procedure Section 391(b)(3) to begin or extend vexatious litigant mill against one of the parties. The CA Sixth District Court of Appeal condemned that use of the vexatious litigant law in vexatious litigant mill style.

In the most recent CA appellate case re "CA state court discriminatory denial of court accommodations for the disabled" In re Marriage of James & Christine C. (2008) 158 C.A.4th 1261 an Orange County Superior Court judge was chided for trying to stop a grossly disabled party from using court disability accommodations process and for speaking of the party as if a vexatious litigant.

Plaintiff demonstrates that he has suffered in the manners described above in those two cases by use of form #MC-700 in conjunction with CCP 391(b)(3). Plaintiff was abused by a judge operating a vexatious litigant mill enabled by the Judicial Council and its Chairman. The judge in defendants' EXHIBITS A & C has tentative ruling history posted for the years 2006-2007. Of only five pro se plaintiffs listed in tentative rulings, including plaintiff Ervin, all five were designated vexatious litigants and that fact published statewide by the Judicial Council and its Chairman.

See defendants' EXHIBIT C at the 20th - 23rd pages titled "Request For Judicial Notice" demonstrating that plaintiff was sanctioned a vexatious litigant with regard to requests for court disability accommodations and other actions taken pursuant to the Americans With Disabilities Act. Fully ten of the listed items supported requests for disability accommodations required to be granted under the ADA Title II.

### Permission To Amend / Make More Definite, If Necessary

Plaintiff requests permission to amend or make more definite if the Court deems that necessary.

### CONCLUSION

Disabled Plaintiff is acting to get proper respect for rights under the Americans With Disabilities Act in the CA courts. Plaintiff requests that the motion to dismiss be denied.

Respectfully requested,

DATED: MARCH 28th, 2008

_____
GARY ERVIN

Page Six

UNITED STATES DISTRICT COURT

Plaintiff's name:   GARY ERVIN

vs.                                           Case Number:   CV-08-0259-PJH

Defendant's name:   JUDICIAL COUNCIL
                    RONALD M. GEORGE

_____/   **PROOF OF SERVICE**

I, the undersigned, hereby certify that I am over the age of eighteen years and not a party to the above-entitled action.

On   MARCH 28th,   , 20 08 , I served a copy of   OPPOSITION TO

MOTION TO DISMISS                                                      , by

placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the United States Mail:

**(LIST ALL DEFENDANTS SERVED IN THIS ACTION)**

For all defendants:   Atty. TOM BLAKE
                      CA Attorney General Office
                      455 Golden Gate Avenue, Suite 11000
                      San Francisco, CA 94102-3664

I declare under penalty of perjury that the foregoing is true and correct.

                                        _____Tiff Tate_____
                                        (Signed)

EXHIBIT I

 

If you view the full docket online, you will be charged for 4 Pages    $ 0.32

## US Court of Appeals for the Ninth Circuit
## Case Summary

Court of Appeals Docket #: 06-17374                     Filed: 12/26/06
Nsuit: 3440  Other civil rights (Fed)
Ervin v. Judical Council, et al
Appeal from: Eastern District of California (Sacramento)

Lower court information:
      District: 0972-2 : CV-05-00269-LKK
      presiding judge: Lawrence K. Karlton, Senior Judge

| Date | Entry |
|---|---|
| 1/16/07 | Filed Appellant Gary Ervin's motion to stay aplt proceedings for 6 mos based on settlement negotiations served on 1/12/07 PROMO [06-17374] (crw) |
| 2/5/07 | Filed order (Appellate Commissioner) Within 14 days after the date of this order, aples shall file a response to the aplts mtn to stay aplt proceedings, filed 1/16/07. The br sch is stayed pending a ruling on the mtn. ( PROMO/gs) [06-17374] (crw) |
| 2/20/07 | Filed aples response opposing appellant's motion to stay appeal, served on 2/16/07 PROMO [06-17374] (crw) |
| 2/20/07 | Filed Appellant Gary Ervin reply to opp to mtn to stay aplt proceedings.. ;served on 2/18/07 PROMO [06-17374] (crw) |
| 3/14/07 | Filed order (Appellate Commissioner) The aples have filed an opp to the aplts mtn to stay proceedings. The aplts opposed mtn to stay is denied. The opn br i sdue 4/9/07, the ans br is due 5/9/07 and the opt rpy br is due 14 days from svc of the ans br. ( PROMO/gs)  [06-17374] (crw) |
| 4/10/07 | Filed original and 7 copies Appellant Gary Ervin opening brief ( Informal: yes) 14 pages ; served on 4/9/07 [06-17374] (crw) |
| 4/27/07 | 14 day oral extension by phone of time to file 's brief. [06-17374] appellees' brief due 5/23/07; the optional reply brief is due 14 days... (king) |
| 5/24/07 | Filed original and 15 copies Appellee Judical Council, Appellee State Bar of Ca., Appellee Superior Court of Ca brief, 24 pages, 5 suppl Exc.in 1  vol: served on 5/23/07 minor defcy: lacks Statement rel Cases Notified counsel. [06-17374] record on appeal due 6/11/07; (gar) |
| 5/31/07 | Received aples satisfaction of (minor) brief deficiency. (stmt of rel cases) [06-17374] (crw) |
| 6/7/07 | Filed original and 7 copies of Gary Ervin's reply brief (Informal: yes) 7 pages; served on 6/6/07. [06-17374] (lee) |
| 8/30/07 | Calendar check performed [06-17374] (th) |

**PACER Service Center**

If you view the full docket online, you will be charged for 4 Pages   $ 0.32

## US Court of Appeals for the Ninth Circuit
## Case Summary

Court of Appeals Docket #: 06-15357                                Filed: 3/2/06
Nsuit: 3440  Other civil rights (Fed)
Ervin v. Farmers Insurance, et al
Appeal from: Eastern District of California (Sacramento)

Lower court information:
    District: 0972-2 : CV-05-00701-MCE-DAD
    presiding judge: Morrison C. England, Jr., District Judge

| Date | Entry |
|---|---|
| 3/8/06 | Filed Gary Ervin's notice of non-designation of order of transcript. [06-15357] (kkw) |
| 5/17/06 | Filed certificate of record on appeal  RT filed in DC 6/17/05 [06-15357] (kkw) |
| 6/12/06 | Filed original and 7 copies Appellant Gary Ervin opening brief ( Informal: Yes) 6 pages ; served on 6/12/06 [06-15357] (kkw) |
| 7/10/06 | Filed original and 15 copies Aples' 's 28 pages brief, 1 vol. Exc. ; served on 7/7/06 [06-15357] (kkw) |
| 7/24/06 | Calendar check performed [06-15357]. (th) |
| 7/31/06 | FILED CERTIFIED RECORD ON APPEAL: 1 TRANSCRIPT. [06-15357] (sd) |
| 12/19/06 | Filed Aples' mtn to dismiss Aplt's notice of amended notice of appeal  served on 12/15/06 MOATT. (kkw) |
| 12/27/06 | Filed Appellant Gary Ervin response opposing appellee's motion to dismiss Aplt's notice of amended appeal, request for judicial notice served on 12/27/06  MOATT. [06-15357] (kkw) |
| 1/3/07 | Filed Aples' rpy to Aplt's opposition to Aples' motion to dismiss  ;served on 1/2/07 MOATT. [06-15357] (kkw) |
| 2/20/07 | SUBMITTED TO SCREENING PANEL 443. ( Oral)  [06-15357] [06-15357] (th) |
| 2/27/07 | FILED MEMORANDUM DISPOSITION: AFFIRMED ( Terminated on the Merits after Submission Without Oral Hearing; Affirmed; Written, Unsigned, Unpublished.  Robert R. BEEZER, Ferdinand F. FERNANDEZ,  M. M. McKEOWN ) FILED AND ENTERED JUDGMENT.   [06-15357] (kkw) |
| 3/8/07 | Filed Appellee Deborah A. Correll bill of costs, $126.10 served on 3/7/07  [06-15357] (kkw) |
| 3/21/07 | MANDATE ISSUED, costs taxed $126.10. [06-15357] (kkw) |

| PACER Service Center |
|---|
| Transaction Receipt |