ORIGINAL

**FILED**

APR 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GARY ERVIN
4977 Hillhurst Drive
Fair Oaks, CA 95628
Tel: (916) 962-2837

Plaintiff
Pro Personam

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

GARY ERVIN,

        Plaintiff,

-VS-

JUDICIAL COUNCIL OF CA,
CHMN. RONALD GEORGE,

        Defendants.

CASE NUMBER: CV-08-0299-PJH

PLAINTIFF'S CASE MANAGEMENT STATEMENT

DATE: April 24th, 2008
TIME: 2:30 P.M.
DEPT: Courtroom 3 (17th Floor)

    Plaintiff GARY ERVIN, after telephonic meet and confer with Defendants' counsel 4/11/08, now provides the following separate Case Management Statement as ordered by the Court pursuant to Local Rule 16-9:

1. Jurisdiction and Service: Federal subject matter jurisdiction re 42 USC 12131, et seq. (ADA Title II) and 42 USC 1983 (re Supremacy Clause subject matter). Ninth Circuit law established by Wolfe cases. Service is complete.

Page One

2. Facts: Reference P's concurrent opposition papers to D's concurrent motion to dismiss set 4/23/08.

3. Legal Issues: Conflicts of State's vexatious litigant law with anti-retaliation provisions of federal Americans With Disabilities Act and Supremacy Clause.

4. Motions. Concurrent Ds' motion to dismiss set 4/23/08. Anticipate motions for immediate judgment.

5. Amendment of Pleadings: As the Court may require.

6. Evidence Preservation: All evidence is intact and preserved.

7. Disclosures. The parties are satisfied that all evidence is available without disclosures from each other.

8. Discovery. The parties are satisfied that all evidence is available without discovery from each other.

9. Class Actions: N/A

10. Related Cases: Reference the concurrent papers of the parties for Ds' motion to dismiss set 4/23/08.

11. Relief: Equitable relief only for injunction and declaration to protect federal rights under ADA and Supemacy Clause.

12. Settlement and ADR: Defendants are thus far unwilling to ADR.

13. Consent to Magistrate Judge For All Purposes: N/A

14. Other References: N/A

15. Narrowing of Issues: Equitable issues are already very clear and narrowed.

16. Expedited Schedule: This case is amenable to expedited basis with streamlined procedures.

17. Scheduling: At the earliest convenience of the Court.

Page Two

18. Trial: A short trial before the Court is expected.

19. Disclosure of Non-party Interested Entities or Persons: Unknown.

20. Plaintiff will fully support and cooperate with the Court's abbreviated procedures.

                                                                       Respectfully submitted,

DATED: APRIL 15th, 2008

*/s/ Gary E____*

Page Three

UNITED STATES DISTRICT COURT

Plaintiff's name:  GARY ERVIN

vs.                                                              Case Number: CV-08-0299-PJH

Defendant's name:  JUDICIAL COUNCIL
RONALD M. GEORGE

_____/          **PROOF OF SERVICE**

    I, the undersigned, hereby certify that I am over the age of eighteen years and not a party to the above-entitled action.

    On _____, 20 08, I served a copy of _____

_____ C.M.S. _____, by

placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the United States Mail:

**(LIST ALL DEFENDANTS SERVED IN THIS ACTION)**

For all defendants:  Atty. TOM BLAKE
                                 CA Attorney General Office
                                 455 Golden Gate Avenue, Suite 11000
                                 San Francisco, CA 94102-3664

I declare under penalty of perjury that the foregoing is true and correct.

                                                                      (Signed)  *Tiff Tate*