EDMUND G. BROWN JR.
Attorney General of the State of California
TOM BLAKE
Deputy Attorney General
State Bar No. 51885
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-3664
 Telephone: (415) 703-5506
 Fax: (415) 703-5480
 Email: tom.blake@doj.ca.gov

Attorneys for Defendants Judicial Council of
California and Chief Justice Ronald George

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GARY ERVIN,<br><br>                    Plaintiff,<br><br>v.<br><br>JUDICIAL COUNCIL OF CA; CHMN. RONALD GEORGE,<br><br>                    Defendants. | CV08 0299 PJH<br><br>ADMINISTRATIVE MOTION TO DEFER CASE MANAGEMENT CONFERENCE; DEFENDANTS' CASE MANAGEMENT CONFERENCE STATEMENT<br>[Civil L.R. 7-11]<br><br>Motion  Date:  April 23, 2008<br>           Time:  9:00 a.m.<br><br>CMC     Date:  April 24, 2008<br>           Time:  2:30 p.m. |

## NATURE OF ACTION; PROCEDURAL STATUS

Defendants, the Judicial Council of California and the Chief Justice of the California Supreme Court, bring this Administrative Motion to re-calendar the CMC and respectfully request that these papers also be considered their Case Management Conference Statement.

The plaintiff has brought a number of actions in *pro se* against the state judiciary, all involving the Americans with Disabilities Act.[1] This most recent action is the subject of a motion

---

1. The other three cases, as set out in defendants' Notice of Related Cases, are:

1.    4:04-cv-03754-CW *Ervin v. Virga et al.*, filed 09/07/04, closed 10/25/04 on defendants' motion to transfer to the United States District Court for the Eastern District of California; and

Admin. Motion to Defer Case Management Conference; Defendants' CMC Statement Case No. CV08 0299 PJH

1

to dismiss that was noticed for hearing on April 16, 2008. The plaintiff failed to file his opposition on time. The Court granted him an extra week to file opposition and reset the hearing to April 23, 2008. See Order, April 1, 2008, Register of Actions, Doc. 7. That order did not adjust the Case Management Conference date; the CMC is now scheduled for **one day after** the motion to dismiss.

**By this motion, the moving defendants respectfully request that the Court take the Case Management Conference off calendar or reset it to a date after the Court has issued its ruling on the Motion to Dismiss. Moving defendants believe that the motion to dismiss being heard on April 23, 2008 will moot the Case Management Conference.** The defendants, the State of California's Administrative Office of the Courts and the State's Chief Justice, are immune by reason, *inter alia*, of absolute quasi-judicial immunity and the Eleventh Amendment. Further, plaintiff's claims in this Court are barred by the *Rooker-Feldman* doctrine.

### GROUNDS FOR REQUEST

The initial Case Management Conference is now set for April 24, the day after the hearing of the dispositive motion. Given the viability of the State defendant's motion to dismiss, it would be premature and wasteful of judicial resources to hold the conference before the Court issues its ruling on the Rule 12(b) motion; if the motion to dismiss is granted, as the State defendants believe proper, a case management conference would be moot.

The Court has the authority to modify the case management schedule. See Civil L.R. 16-2(d). As moving defendants believe that the Rule 12(b) motion will be dispositive, they respectfully request that no Case Management Conference be held until after the Rule 12(b) Motion to Dismiss has been heard.

---

2.    3:04-cv-04952-MJJ, *Ervin v. Judicial Council of California et al.*, filed 11/22/04, closed 02/07/05 on defendants' motion to transfer to the Eastern District of California, where it was numbered 2:05-cv-00269-LKK-GGH (PS), dismissed on defendants' motion, and is now on appeal (see infra) ; and
3.    4:06-cv-07479-CW *Ervin v. Judicial Council of California et al.*, filed 12/06/06, dismissed on defendants' motion on 05/18/07.

Admin. Motion to Defer Case Management Conference; Defendants' CMC Statement Case No. CV08 0299 PJH

## CONCLUSION

For the reasons set out above, moving defendants respectfully move that this Court issue an order taking the Case Management Conference off calendar pending the disposition of the Motion to Dismiss.

Dated: April 16, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

*/s/ Tom Blake*

TOM BLAKE
Deputy Attorney General

Attorneys for Defendants Judicial Council of California and Chief Justice Ronald George

Admin. Motion to Defer Case Management Conference; Defendants' CMC Statement Case No. CV08 0299 PJH

3

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **ERVIN, Gary v. Judicial Council of California, et al.**

No.:   **C 08-0299-PJH**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>April 17, 2008</u>, I served the attached ADMINISTRATIVE MOTION TO DEFER CASE MANAGEMENT CONFERENCE; DEFENDANTS' CASE MANAGEMENT CONFERENCE STATEMENT [Civil L.R. 7-11] by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Gary Ervin
4977 Hillhurst Drive
Fair Oaks, CA 95628

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 17, 2008, at San Francisco, California.

|  |  |
| --- | --- |
| Lorraine Smith | *Lorraine Smith* |
| Declarant | Signature |

40242747.wpd