EDMUND G. BROWN JR.
Attorney General of the State of California
TOM BLAKE
Deputy Attorney General
State Bar No. 51885
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-3664
 Telephone: (415) 703-5506
 Fax: (415) 703-5480
 Email: tom.blake@doj.ca.gov

Attorneys for Defendants Judicial Council of
California and Chief Justice Ronald George

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **GARY ERVIN,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**JUDICIAL COUNCIL OF CA; CHMN. RONALD GEORGE,**<br><br>　　　　　　　　　　Defendants. | CV08 0299 PJH<br><br>**[Proposed] ORDER ON ADMINISTRATIVE MOTION TO DEFER CASE MANAGEMENT CONFERENCE**<br>**[Civil L.R. 7-11]** |

　　Pursuant to Civil L.R. 16-2(d), the Case Management Conference previously calendared for April 24. 2008 is off calendar pending further order of the Court.

Dated: _____

_____
PHYLLIS J. HAMILTON
United States District Judge

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **ERVIN, Gary v. Judicial Council of California, et al.**

No.:   **C 08-0299-PJH**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 17, 2008, I served the attached [Proposed] ORDER ON ADMINISTRATIVE MOTION TO DEFER CASE MANAGEMENT CONFERENCE [Civil L.R. 7-11] by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Gary Ervin
4977 Hillhurst Drive
Fair Oaks, CA 95628

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 17, 2008, at San Francisco, California.

|  Lorraine Smith  |  *Lorraine Smith*  |
|---|---|
|  Declarant  |  Signature  |

40242748.wpd