1

2  EDMUND G. BROWN JR.
   Attorney General of the State of California
3  TOM BLAKE
   Deputy Attorney General
4  State Bar No. 51885
   455 Golden Gate Avenue, Suite 11000
5  San Francisco, CA 94102-3664
   Telephone: (415) 703-5506
6  Fax: (415) 703-5480
   Email: tom.blake@doj.ca.gov
7
   Attorneys for Defendants Judicial Council of
8  California and Chief Justice Ronald George

9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| GARY ERVIN, | CV08 0299 PJH |
|---|---|
| Plaintiff, | [Proposed] ORDER ON ADMINISTRATIVE MOTION TO DEFER CASE MANAGEMENT CONFERENCE |
| v. | [Civil L.R. 7-11] |
| JUDICIAL COUNCIL OF CA; CHMN. RONALD GEORGE, Defendants. | |

Pursuant to Civil L.R. 16-2(d), the Case Management Conference previously calendared for April 24, 2008 is off calendar pending further order of the Court.

Dated: 4/17/08

PHYLLIS J.
United States

IT IS SO ORDERED
Judge Phyllis J. Hamilton

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **ERVIN, Gary v. Judicial Council of California, et al.**

No.:    **C 08-0299-PJH**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 17, 2008, I served the attached [Proposed] ORDER ON ADMINISTRATIVE MOTION TO DEFER CASE MANAGEMENT CONFERENCE [Civil L.R. 7-11] by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Gary Ervin
4977 Hillhurst Drive
Fair Oaks, CA 95628

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 17, 2008, at San Francisco, California.

Lorraine Smith
Declarant

*Lorraine Smith*
Signature

40242748.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GARY ERVIN,

        Plaintiff,

  v.

JUDICIAL COUNCIL OF CA. et al,

        Defendant.
                                         /

Case Number: CV08-00299 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gary Ervin
4977 Hillhurst Drive
Fair Oaks, CA 95628

Dated: April 17, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk