UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** April 23, 2008                                   **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-0299 PJH

**Case Name:** Gary Ervin v. Judicial Counsel of California, et al.

**Attorney(s) for Plaintiff:**    Gary Ervin (pro se)
**Attorney(s) for Defendant:**    Tom Blake

**Deputy Clerk**: Nichole Heuerman          **Court Reporter**: Jim Yeomans

PROCEEDINGS

Defendants' Motion to Dismiss-Held. The court takes the matter under submission.

**Order to be prepared by:**    [] Pl [] Def  [x] Court

**Notes:**

**cc:** file