UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY ERVIN,

    Plaintiff,

    v.

JUDICIAL COUNCIL OF CALIFORNIA, et al.,

    Defendant.

_____/

No. C 08-0299 PJH

**JUDGMENT**

This matter having been fully heard, and the court having granted defendants' motion to dismiss,

It is Ordered and Adjudged

that plaintiff Gary Ervin take nothing, and that the action be dismissed on the merits.

Dated: April 24, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GARY ERVIN,

        Plaintiff,

  v.

JUDICIAL COUNCIL OF CA. et al,

        Defendant.

Case Number: CV08-00299 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gary Ervin
4977 Hillhurst Drive
Fair Oaks, CA 95628

Dated: April 25, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk